# United States Bankruptcy Court
### District of Arizona

## Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| **SILVA, RICHARD ALAN** | **SILVA, JACQUELINE MROZ** |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
|---|---|
| **xxx-xx-7764** | **xxx-xx-6875** |

| Street Address of Debtor (No. and Street, City, and State): | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| **6820 EAST FRIESS DRIVE** **SCOTTSDALE, AZ** ZIP Code **85254** | **6820 EAST FRIESS DRIVE** **SCOTTSDALE, AZ** ZIP Code **85254** |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| **MARICOPA** | **MARICOPA** |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| ZIP Code | ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**SILVA, RICHARD ALAN**<br>**SILVA, JACQUELINE MROZ** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br><b>X</b>   <b>/s/ ALLAN D. NEWDELMAN</b>      <b>August 25, 2008</b><br>    Signature of Attorney for Debtor(s)        (Date)<br>    <b>ALLAN D. NEWDELMAN</b></td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

■   No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**SILVA, RICHARD ALAN**

**SILVA, JACQUELINE MROZ**

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ RICHARD ALAN SILVA**
Signature of Debtor  **RICHARD ALAN SILVA**

X **/s/ JACQUELINE MROZ SILVA**
Signature of Joint Debtor  **JACQUELINE MROZ SILVA**

Telephone Number (If not represented by attorney)

**August 25, 2008**
Date

### Signature of Attorney*

X **/s/ ALLAN D. NEWDELMAN**
Signature of Attorney for Debtor(s)

**ALLAN D. NEWDELMAN 004066**
Printed Name of Attorney for Debtor(s)

**ALLAN D. NEWDELMAN, P.C.**
Firm Name

**80 EAST COLUMBUS AVENUE**
**PHOENIX, AZ 85012**

Address

**602-264-4550  Fax: 602-277-0144**
Telephone Number

**August 25, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## District of Arizona

In re   **RICHARD ALAN SILVA,**
        **JACQUELINE MROZ SILVA**

                                     Debtors

Case No. _____

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,457,000.00 | | |
| B - Personal Property | Yes | 5 | 15,115.80 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 1,898,963.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 3,390.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 555,812.24 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,242.14 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,227.42 |
| Total Number of Sheets of ALL Schedules | | 25 | | | |
| Total Assets | | | 1,472,115.80 | | |
| Total Liabilities | | | | 2,458,165.24 | |

# United States Bankruptcy Court
## District of Arizona

In re    **RICHARD ALAN SILVA,**
           **JACQUELINE MROZ SILVA**

Case No. _____

                              Debtors

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 3,390.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 3,390.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,242.14 |
| Average Expenses (from Schedule J, Line 18) | 5,227.42 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 4,158.74 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 441,963.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 3,390.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 555,812.24 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 997,775.24 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **RICHARD ALAN SILVA,**
        **JACQUELINE MROZ SILVA**

Case No. _____

                                    Debtors,

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| RESIDENCE LOCATED AT 6820 EAST FRIESS DRIVE, SCOTTSDALE, AZ-EQUITABLE OWNER AS TITLE IS HELD BY REVOCABLE FAMILY TRUST-VALUE LISTED IS "ON A GOOD DAY". | EQUITABLE OWNER | C | 330,000.00 | 503,713.00 |
| HOUSE #2 located at: 27059 GREEN GULF BLVD, PUNTA GORDA, FL. 33955 | JOINT OWNER | C | 140,000.00 | 208,000.00 |
| HOUSE #3 located at: 28071 CRESTWOOD DRIVE, PUNTA GORDA, FL 33955 | JOINT OWNER | C | 140,000.00 | 208,000.00 |
| HOUSE #4 located at: 4635 E. BRIARWOOD TERRACE, PHOENIX, AZ. EQUITABLE TITE/ UNDER AGREEMENT OF SALE BETWEEN LLC & "BUYER" FOR AMOUNT OF DEBT SERVICE | EQUITABLE OWNER-LEGAL TITLE HELD BY AWBR LLC | C | 269,500.00 | 297,600.00 |
| HOUSE #5 located at: 15215 N. LA PAZ COURT, PHOENIX, AZ. SUBJECT TO AGREEMENT OF SALE BETWEEN THE LLC AND BUYER | EQUITABLE OWNER-LEGAL TITLE HELD BY GOLD LP MESA LLC | C | 170,000.00 | 216,600.00 |
| HOUSE #6 located at: 3302 W. TUCKEY LANE, PHOENIX, AZ | EQUITABLE OWNER-LEGAL TITLE HELD BY MT MOHAWK LLC | C | 211,000.00 | 246,550.00 |
| HOUSE #7 located at: 4432 WEST MERCER LANE, GLENDALE, AZ. (DEBTORS ARE NOT ON TITLE AS LLC GAVE A WARRANTY DEED TO NEW OWNER BUT NEW OWNERS TOOK OVER EXISTING MORTGAGE) | NONE AS PROPERTY WAS SOLD BY MT MOHAWK LLC VIA LOAN ASSUMPTION | C | 196,500.00 | 218,500.00 |

Sub-Total >    **1,457,000.00**    (Total of this page)

Total >    **1,457,000.00**

**__0__** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re    **RICHARD ALAN SILVA,**
        **JACQUELINE MROZ SILVA**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHECKING ACCOUNT W/ BANK OF AMERICA NO. 0445 (NEGATIVE BALANCE OF $667.34 | C | 0.00 |
| | | CHECKING ACCOUNT W/ BANK OF AMERICA NO. 0458-NAGATIVE BALANCE OF $109.84 | C | 0.00 |
| | | HEALTH SAVINGS ACCOUNT THRU GOLD RULE | C | 0.00 |
| | | CHECKING ACCOUNT W/ US BANK NO. 5970 | C | 1.89 |
| | | CHECKING ACCOUNT W/ US BANK NO. 5988 | C | 2.91 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | 3 BEDS; DRESSER; 2 NIGHTSTANDS; DINING TABLE & 6 CHAIRS; CLOTHES WASHER & DRYER; END TABLE; KITCHEN TABLE & 4 CHAIR; 2 LAMPS; 2 LIVING ROOM CHAIRS; 2 SOFAS; REFRIGERATOR; STOVE; RUGS; TELEVISION; 1 LARGE TV (8 YEARS OLD); 1 SMALL TV; 3 RADIO/ALARM CLOCK; VACUUM; STEREO W/ RECEIVER, 2 SPEAKERS, CD PLAYER, CASSETTE PLAYER, & TURNTABLE; | C | 1,984.00 |
| | | DISHES; GLASSES; FLAT STEMWARE; MICROWAVE OVEN; 2 COMBO VCR/DVD PLAYERS; 1 VCR; 1 COMPUTER; 1 PRINTER; KITCHEN UTENSILS; 2 COFFEE TABLES; 1 LONG TABLE; TV CABINET; PATIO TABLE & CHAIRS | C | 650.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | MISC BOOKS | C | 40.00 |
| | | MISC PICTURES | C | 10.00 |
| | | MISC ART OBJECTS | C | 20.00 |

Sub-Total >     **2,708.80**
(Total of this page)

___4___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **RICHARD ALAN SILVA,**
       **JACQUELINE MROZ SILVA**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 6. Wearing apparel. | | CLOTHING OF DEBTORS | C | 200.00 |
| 7. Furs and jewelry. | | ENGAGEMENT/WEDDING RINGS | C | 125.00 |
| | | MISC COSTUME JEWELRY | C | 50.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 2 SETS OF GOLF CLUBS & BAGS - $70.00 2 CAVS - $50.00 | C | 120.00 |
| | | 2 ADULT BICYCLES | C | 50.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | ROTH IRA W/ EQUITY TRUST | H | 3,000.00 |
| | | ROTH IRA W/ EQUITY TRUST | W | 300.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 50% INTEREST IN "AWBR LLC" HOLDS AN AGREEMENT OF SALE FOR 4635 E. BRIARWOOD TERRACE, PHOENIX FOR DEBT SERVICE --DEBT SERVICE EXCEEDS VALUE - NO VALUE TO DEBTOR | C | 0.00 |
| | | 50% INTEREST IN  "MT MOHAWK LLC" HOLDS TITLE TO 3302 W. TUCKEY, PHOENIX, AZ - DEBT SERVICE EXCEEDS VALUE - NO VALUE TO DEBTORS | C | 0.00 |
| | | 100% INTEREST IN "GOLDEN KEY RESOURCES, INC" HOLDS A JUDGMENT FOR RENT AGAINST ELIDNA PENA-GARCIA FOR $1668.00; PRESUMED UNCOLLECTIBLE | C | 0.00 |
| | | 100% INTEREST IN "COLORADO CONNECTION ENTERTAINMENT LLC" NO ASSETS - NO VALUE TO DEBTOR | C | 0.00 |

Sub-Total >     **3,845.00**
(Total of this page)

Sheet   **1**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **RICHARD ALAN SILVA,**
         **JACQUELINE MROZ SILVA**
                                           ,

                               Debtors

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **50% INTEREST IN "GOLD LP MESA LLC"** <br> **1) HOLDS AGREEMENT OF SALE FOR 15215 N. LA PAZ COURT, PHOENIX, OWED $25,635 BY BUYERS WHEN SALE IS COMPLETE;** | **C** | **0.00** |
| | | **50% INTEREST IN "VALV87 LLC"** <br> **ALL PROPERTIES PREVIOUSLY TITLED TO THIS ENTITY HAVE BEEN LOST TO TRUSTEE SALES-NO VALUE TO DEBTOR** | **C** | **0.00** |
| | | **33.333 % INTEREST IN AZ EQUITY BUILDERS, LLC-JUST FORMED NO ASSETS** | **C** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **EVICTION JUDGMENTS - ALL PRESUMED UNCOLLECTIBLE** <br> **1) TONY MARTINEZ - $1451.83** <br> **2) RENE GUTIERREZ - $1084.00** <br> **3) ALVIN NAZ & JEANINE CARRIER - $1378.00** <br> **4) DARREN UNDERWOOD, CORY GARCIA, ROBERT LOPEZ & JEREMY SMITH - $1696.00** <br> **5) JEANINE KIRK - $3244.00** <br> **6) THEODORE LANG III - $1468.00** <br> **7) ELIDA AND GUSTOV GARCIA - $1,668.00** | **C** | **0.00** |
| | | **LOANS BY DEBTORS TO "GOLDEN KEY RESOURCES INC" - AMOUNT UNKNOWN - PRESUMED UNCOLLECTIBLE** | **C** | **0.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | **"THE SILVA LIVING TRUST" HOLDS 50% MEMBERSHIP IN "VALV87 LLC", "GOLD LP MESA LLC", "MT MOHAWK LLC", "AWBR LLC" AND ALSO HOLDS LEGAL TITLE TO HOMESTEAD RESIDENCE** | **C** | **0.00** |

Sub-Total >       **0.00**
(Total of this page)

Sheet   **2**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037              Best Case Bankruptcy

In re   **RICHARD ALAN SILVA,**
       **JACQUELINE MROZ SILVA**

Case No. _____

                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **POTENTIAL CLAIMS AGAINST THE FOLLOWING FOR BREACH OF AGREEMENT FOR SALES ON THE VARIOUS PROPERTIES:**<br><br>**MICHAEL CARNEGIE, THEODORE LANG, RAMON JIMENEZ AND CHARLES TAYLOR** | C | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1994 DODGE CARGO VAN 113,000 MILES** | C | 1,600.00 |
| | | **2000 DODGE CARAVAN 108,000 MILES** | C | 3,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **DESK, CHAIR, SHELVES, BOOK & SUPPLIES** | C | 100.00 |

Sub-Total >     **5,200.00**
(Total of this page)

Sheet  **3**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **RICHARD ALAN SILVA,**                           Case No. _____
           **JACQUELINE MROZ SILVA**

                                           ,
                                   Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **6 BOSE SPEAKERS (35 YEAR OLD-NEEDS REPAIRS); BEHRINGER MIXER (15 YEARS OLD); 2 ONKYO CD PLAYERS (10 YEARS OLD); 2 EFFECTS UNITS; SONY CD BURNER (NEEDS RETAIR); 2 SONY MINI CD PLAYERS (NEEDS REPAIR); MARANTZ CD PLAYER (NEEDS REPAIR); 2 BBE COMBO UNIT MAXIMIZERS; 2 CAVS KARAKE PLAYERS; 300 UNIT CD PLAYER; VOCO PROP KARAKE MONITOR; 2 CHEAP MICROPHONES; LAP TOP COMPUTER; 3 CHEAP CONGA DRUMS; MISC WIRES & CONNECTORS; 200 KARAKE DISKS; 500 CD'S; 20 YEAR OLD AMPLIFYER; L1 BOSE SPEAKERS W/ SUBWOOFERS (2 YEARS OLD); MACKIE MIXER; CARRY CASE FOR MIXER; LIGHTS; 2 AMPLIFIERS (OVER 10 YEARS OLD); 18" PEAVY SUBWOOFER; 15" SUBWOOFER; MICROPHONE STAND; MUSIC STANDS; WIRELESS MICROPHONE** | **C** | **3,332.00** |
| 30. Inventory. | **X** | | | |
| 31. Animals. | | **1 DOG; 2 CATS** | **C** | **30.00** |
| 32. Crops - growing or harvested. Give particulars. | **X** | | | |
| 33. Farming equipment and implements. | **X** | | | |
| 34. Farm supplies, chemicals, and feed. | **X** | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **POTENTIAL CLASS ACTION SUIT VS. RUSSELL WHITNEY / GULFSTREAM DEVELOPMENT FOR FRAUDULENT MISREPRESENTATION IN THE SALE OF FLORIDA PROPERTY** | **C** | **Unknown** |

|  | | |
|---|---|---|
| Sub-Total > (Total of this page) | | **3,362.00** |
| Total > | | **15,115.80** |

Sheet  **4**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                             Best Case Bankruptcy

In re    **RICHARD ALAN SILVA,**                                   Case No. _____
          **JACQUELINE MROZ SILVA**

_____ ,
                                      Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                              $136,875.
  ☐ 11 U.S.C. §522(b)(2)
  ■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **RESIDENCE LOCATED AT 6820 EAST FRIESS DRIVE, SCOTTSDALE, AZ-EQUITABLE OWNER AS TITLE IS HELD BY REVOCABLE FAMILY TRUST- VALUE LISTED IS "ON A GOOD DAY".** | **Ariz. Rev. Stat. § 33-1101(A)** | **150,000.00** | **330,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **CHECKING ACCOUNT W/ US BANK NO. 5970** | **Ariz. Rev. Stat. § 33-1126A9** | **150.00** | **1.89** |
| **CHECKING ACCOUNT W/ US BANK NO. 5988** | **Ariz. Rev. Stat. § 33-1126A9** | **150.00** | **2.91** |
| **Household Goods and Furnishings** | | | |
| **3 BEDS; DRESSER; 2 NIGHTSTANDS; DINING TABLE & 6 CHAIRS; CLOTHES WASHER & DRYER; END TABLE; KITCHEN TABLE & 4 CHAIR; 2 LAMPS; 2 LIVING ROOM CHAIRS; 2 SOFAS; REFRIGERATOR; STOVE; RUGS; TELEVISION; 1 LARGE TV (8 YEARS OLD); 1 SMALL TV; 3 RADIO/ALARM CLOCK; VACUUM; STEREO W/ RECEIVER, 2 SPEAKERS, CD PLAYER, CASSETTE PLAYER, & TURNTABLE;** | **Ariz. Rev. Stat. § 33-1123** | **8,000.00** | **1,984.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **MISC BOOKS** | **Ariz. Rev. Stat. § 33-1125(5)** | **40.00** | **40.00** |
| **Wearing Apparel** | | | |
| **CLOTHING OF DEBTORS** | **Ariz. Rev. Stat. § 33-1125(1)** | **200.00** | **200.00** |
| **Furs and Jewelry** | | | |
| **ENGAGEMENT/WEDDING RINGS** | **Ariz. Rev. Stat. § 33-1125(4)** | **125.00** | **125.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **2 ADULT BICYCLES** | **Ariz. Rev. Stat. § 33-1125(7)** | **50.00** | **50.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **ROTH IRA W/ EQUITY TRUST** | **Ariz. Rev. Stat. § 33-1126B** | **100%** | **3,000.00** |
| **ROTH IRA W/ EQUITY TRUST** | **Ariz. Rev. Stat. § 33-1126B** | **100%** | **300.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1994 DODGE CARGO VAN 113,000 MILES** | **Ariz. Rev. Stat. § 33-1125(8)** | **5,000.00** | **1,600.00** |
| **2000 DODGE CARAVAN 108,000 MILES** | **Ariz. Rev. Stat. § 33-1125(8)** | **5,000.00** | **3,500.00** |

   __1__    continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          

In re    **RICHARD ALAN SILVA,**
     **JACQUELINE MROZ SILVA**

Case No. _____

                      Debtors ,

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **6 BOSE SPEAKERS (35 YEAR OLD-NEEDS REPAIRS); BEHRINGER MIXER (15 YEARS OLD); 2 ONKYO CD PLAYERS (10 YEARS OLD); 2 EFFECTS UNITS; SONY CD BURNER (NEEDS RETAIR); 2 SONY MINI CD PLAYERS (NEEDS REPAIR); MARANTZ CD PLAYER (NEEDS REPAIR); 2 BBE COMBO UNIT MAXIMIZERS; 2 CAVS KARAKE PLAYERS; 300 UNIT CD PLAYER; VOCO PROP KARAKE MONITOR; 2 CHEAP MICROPHONES; LAP TOP COMPUTER; 3 CHEAP CONGA DRUMS; MISC WIRES & CONNECTORS; 200 KARAKE DISKS; 500 CD'S; 20 YEAR OLD AMPLIFYER; L1 BOSE SPEAKERS W/ SUBWOOFERS (2 YEARS OLD); MACKIE MIXER; CARRY CASE FOR MIXER; LIGHTS; 2 AMPLIFIERS (OVER 10 YEARS OLD); 18" PEAVY SUBWOOFER; 15" SUBWOOFER; MICROPHONE STAND; MUSIC STANDS; WIRELESS MICROPHONE** | **Ariz. Rev. Stat. § 33-1130(1)** | **5,000.00** | **3,332.00** |
| **Animals** | | | |
| **1 DOG; 2 CATS** | **Ariz. Rev. Stat. § 33-1125(3)** | **30.00** | **30.00** |

Total:    **177,045.00**      **344,165.80**

Sheet   __1__   of   __1__   continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **RICHARD ALAN SILVA,**
      **JACQUELINE MROZ SILVA**                      Case No. _____

                                                 Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **0040013054** <br><br> **AURORA LOAN SERVICE** <br> **P O BOX 1706** <br> **SCOTTSBLUFF, NE 69363** | C | | | | 1ST DEED OF TRUST ON HOUSE #11 <br><br> **HOUSE #6** <br> **located at: 3302 W. TUCKEY LANE, PHOENIX, AZ** | | | | | |
| | | | | | Value $        **211,000.00** | | | | 246,550.00 | 35,550.00 |
| Account No. **0123189235** <br><br> **AURORA LOAN SERVICING** <br> **10350 PARK MEADOWS DRIVE** <br> **LITTLETON, CO 80124** | C | | | | 1ST DEED OF TRUST ON HOUSE #4 <br> **HOUSE #4** <br> **located at: 4635 E. BRIARWOOD TERRACE, PHOENIX, AZ.** <br> **EQUITABLE TITE/ UNDER AGREEMENT OF SALE BETWEEN LLC & "BUYER" FOR AMOUNT OF DEBT SERVICE** | | | | | |
| | | | | | Value $        **269,500.00** | | | | 265,300.00 | 0.00 |
| Account No. **100673145** <br><br> **COUNTRYWIDE HOME LOANS** <br> **PO BOX 650070** <br> **DALLAS, TX 75265-0070** | C | | | | 1ST DEED OF TRUST <br><br> **RESIDENCE LOCATED AT 6820 EAST FRIESS DRIVE, SCOTTSDALE, AZ-EQUITABLE OWNER AS TITLE IS HELD BY REVOCABLE FAMILY TRUST- VALUE LISTED IS "ON A GOOD DAY".** | | | | | |
| | | | | | Value $        **330,000.00** | | | | 332,271.00 | 2,271.00 |
| Account No. **073357910** <br><br> **COUNTRYWIDE HOME LOANS** <br> **P O BOX 650070** <br> **DALLAS, TX 75265** | C | | | | 1ST DEED OF TRUST ON HOUSE #13 <br> **HOUSE #7** <br> **located at: 4432 WEST MERCER LANE, GLENDALE, AZ.** <br> **(DEBTORS ARE NOT ON TITLE AS LLC GAVE A WARRANTY DEED TO NEW OWNER BUT NEW OWNERS TOOK OVER EXISTING MORTGAGE)** | | | | | |
| | | | | | Value $        **196,500.00** | | | | 161,000.00 | 0.00 |
|   **2**   continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | | 1,005,121.00 | 37,821.00 |

In re **RICHARD ALAN SILVA,**
         **JACQUELINE MROZ SILVA**

Case No. _____

_____,
                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 073360623 <br><br> COUNTRYWIDE HOME LOANS <br> PO BOX 650070 <br> DALLAS, TX 75265-0070 | | C | 2ND DEED OF TRUST ON HOUSE #13 HOUSE #7 located at: 4432 WEST MERCER LANE, GLENDALE, AZ. (DEBTORS ARE NOT ON TITLE AS LLC GAVE A WARRANTY DEED TO NEW OWNER BUT NEW OWNERS TOOK OVER EXISTING MORTGAGE) <br> Value $ 196,500.00 | | | | 57,500.00 | 22,000.00 |
| Account No. 0017451519 <br><br> EMC MORTGAGE <br> P O BOX 293150 <br> LEWISVILLE, TX 75029 | | C | 1ST DEED OF TRUST ON HOUSE #9 <br><br> HOUSE #5 located at: 15215 N. LA PAZ COURT, PHOENIX, AZ. SUBJECT TO AGREEMENT OF SALE BETWEEN THE LLC AND BUYER <br> Value $ 170,000.00 | | | | 182,400.00 | 12,400.00 |
| Account No. 0017451535 <br><br> EMC MORTGAGE <br> P O BOX 293150 <br> LEWISVILLE, TX 75029 | | C | 2ND DEED OF TRUST ON HOUSE #9 <br><br> HOUSE #5 located at: 15215 N. LA PAZ COURT, PHOENIX, AZ. SUBJECT TO AGREEMENT OF SALE BETWEEN THE LLC AND BUYER <br> Value $ 170,000.00 | | | | 34,200.00 | 34,200.00 |
| Account No. 0090951674 <br><br> GREEN POINT <br> 981 AIRWAY COURT <br> SUITE E <br> SANTA ROSA, CA 95403 | | C | 2ND DEED OF TRUST ON HOUSE #4 HOUSE #4 located at: 4635 E. BRIARWOOD TERRACE, PHOENIX, AZ. EQUITABLE TITE/ UNDER AGREEMENT OF SALE BETWEEN LLC & "BUYER" FOR AMOUNT OF DEBT SERVICE <br> Value $ 269,500.00 | | | | 32,300.00 | 28,100.00 |
| Account No. 2463000667L301 <br><br> NATIONAL CREDIT UNION <br> P O BOX 979047 <br> ST LOUIS, MO 63197 | | C | 1ST DEED OF TRUST HOUSE #2 <br><br> HOUSE #2 located at: 27059 GREEN GULF BLVD, PUNTA GORDA, FL. 33955 <br> Value $ 140,000.00 | | | | 208,000.00 | 68,000.00 |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 514,400.00 | 164,700.00 |

In re  **RICHARD ALAN SILVA,**
    **JACQUELINE MROZ SILVA**

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 2463000667L30 <br><br> **NATIONAL CREDIT UNION** <br> P O BOX 979047 <br> ST LOUIS, MO 63197 | | C | 1ST DEED OF TRUST ON HOUSE #3 <br><br> **HOUSE #3** <br> **located at:  28071 CRESTWOOD DRIVE,** <br> **PUNTA GORDA, FL 33955** <br><br> Value $       **140,000.00** | | | | 208,000.00 | 68,000.00 |
| Account No. 6500190209 <br><br> **WELLS FARGO** <br> MAC N9777-112B <br> P O BOX 5169 <br> SIOUX FALLS, SD 57117 | | C | 2ND DEED OF TRUST <br><br> **RESIDENCE LOCATED AT 6820 EAST FRIESS DRIVE, SCOTTSDALE, AZ-EQUITABLE OWNER AS TITLE IS HELD BY REVOCABLE FAMILY TRUST- VALUE LISTED IS "ON A GOOD DAY".** <br> Value $       **330,000.00** | | | | 171,442.00 | 171,442.00 |
| Account No. | | | <br><br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br><br> Value $ | | | | | |
| Account No. | | | <br><br><br><br> Value $ | | | | | |

| | | |
|---|---|---|
| Sheet __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Secured Claims | Subtotal <br> (Total of this page) | 379,442.00 | 239,442.00 |
| | Total <br> (Report on Summary of Schedules) | 1,898,963.00 | 441,963.00 |

In re   **RICHARD ALAN SILVA,**                                          Case No. _____
          **JACQUELINE MROZ SILVA**

                                                           ,
                                           Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                          **1**      continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      

In re **RICHARD ALAN SILVA,**
     **JACQUELINE MROZ SILVA**

Case No. _____

                                                  ,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| **Account No.** | | | | NONE - LISTED FOR INFORMATION ONLY | | | | | | |
| **ARIZONA DEPARTMENT OF REVENUE BANKRUPTCY UNIT 1600 WEST MONROE 7TH FLOOR PHOENIX, AZ 85007** | C | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | | 0.00 |
| **Account No.** | | | | 2007 INCOME TAX | | | | | | |
| **INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS PO BOX 21126 PHILADELPHIA, PA 19114-0326** | C | | | | | | | | 0.00 | |
| | | | | | | | | 3,390.00 | | 3,390.00 |
| **Account No.** | | | | | | | | | | |
| | | | | | | | | | | |
| **Account No.** | | | | | | | | | | |
| | | | | | | | | | | |
| **Account No.** | | | | | | | | | | |
| | | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 3,390.00 | 3,390.00 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 3,390.00 | 3,390.00 |

In re  **RICHARD ALAN SILVA,**
     **JACQUELINE MROZ SILVA**
_____,
                Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4264 2967 5413 9274 <br><br> **AAA VISA** <br> **P O BOX 15726** <br> **WILMINGTON, DE 19886** | C | | **CREDIT CARD** | | | | 20,361.00 |
| Account No. <br><br> **AURORA** <br> **PO BOX 78111** <br> **PHOENIX, AZ 85062** | C | | **NONE-FOR INFO ONLY** | | | | 0.00 |
| Account No. 4339 9300 1707 1079 <br><br> **BANK OF AMERICA** <br> **P O BOX 15710** <br> **WILMINGTON, DE 19886** | C | | **CREDIT CARD** | | | | 22,220.00 |
| Account No. 4192 0000 0122 1373 <br><br> **BANK OF AMERICA** <br> **P O BOX 15710** <br> **WILMINGTON, DE 19886** | C | | **CREDIT CARD** | | | | 15,845.38 |

__6___ continuation sheets attached

Subtotal
(Total of this page)     **58,426.38**

In re **RICHARD ALAN SILVA,**
    **JACQUELINE MROZ SILVA**
Case No. _____

_____ ,
                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **4339 9300 0513 9342** <br><br> **BANK OF AMERICA** <br> **P O BOX 15710** <br> **WILMINGTON, DE 19886** | C | | | | **CREDIT CARD** | | | | 28,378.00 |
| Account No. **6817 1001 522499** <br><br> **BANK OF AMERICA** <br> **P O BOX 30750** <br> **LOS ANGELES, CA 90030** | C | | | | **PERSONAL CREDIT LINE** | | | | 5,221.03 |
| Account No. **0445 AND 0458** <br><br> **BANK OF AMERICA** <br> **P O BOX 798** <br> **WITCHITA, KS 67201** | C | | | | **OVERDRAFT** | | | | 777.18 |
| Account No. **4024 1151 7456 5952** <br><br> **BANK OF AMERICA - WORLD POINTS** <br> **P O BOX 15726** <br> **WILMINGTON, DE 19886** | C | | | | **CREDIT CARD; ACCOUNT NUMBER MAY END IN 6996 - CHANGED BY CREDITOR** | | | | 20,616.00 |
| Account No. <br><br> **BRIARWOOD II HOA** <br> **% MATT KEARNS** <br> **7338 E ROSE LANE** <br> **SCOTTSDALE, AZ 85250** | C | | | | **NONE - LISTED FOR INFORMATION ONLY** | | | | 0.00 |

Sheet no. **1** of **6** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**54,992.21**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **RICHARD ALAN SILVA,**
     **JACQUELINE MROZ SILVA**

Case No. _____

                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CITIBANK** <br> **2780 LAKE VISTA DRIVE** <br> **LEWISVILLE, TX 75067** | C | | NONE - LISTED FOR INFORMATION ONLY | | | | 0.00 |
| Account No. 5424 1807 4251 6260 <br><br> **CITICARDS MASTERCARD** <br> **P O BOX 6409** <br> **THE LAKES, NV 88901** | C | | CREDIT CARD | | | | 17,754.00 |
| Account No. 5424 1801 8510 3717 <br><br> **CITICARDS MASTERCARD** <br> **P O BOX 6408** <br> **THE LAKES, NV 88901** | C | | CREDIT CARD | | | | 6,280.00 |
| Account No. 2002741706 <br><br> **CITY OF SCOTTSDALE** <br> **7447 EAST INDIAN SCHOOL ROAD** <br> **SUITE 110** <br> **SCOTTSDALE, AZ 85252** | C | | SERVICE | | | | 111.79 |
| Account No. <br><br> **CONCORD MORTGAGE COMPANY** <br> **2780 LAKE VISTA DRIVE** <br> **LEWISVILLE, TX 75067** | C | | NONE-FOR INFO ONLY | | | | 0.00 |

Sheet no. **2** of **6** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,145.79

In re **RICHARD ALAN SILVA,**
    **JACQUELINE MROZ SILVA**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6011 0001 8176 8189** <br><br> **DISCOVER** <br> **P O BOX 30395** <br> **SALT LAKE CITY, UT 84130** | C | | CREDIT CARD | | | | 11,843.00 |
| Account No. **0011928413** <br><br> **EMC MORTGAGE** <br> **P O BOX 293150** <br> **LEWISVILLE, TX 75029** | C | | BALANCE ON CONTRACT FOR 2ND MORTGAGE FOR FORECLOSED PROPERTY AT 8896 E. SHOOTING STAR DRIVE, GOLD CANYON, AZ. | | | | 23,337.00 |
| Account No. **157** <br><br> **FOOTHILLS GATEWAY** <br> **P O BOX 63573** <br> **PHOENIX, AZ 85082** | C | | NONE - LISTED FOR INFORMATION ONLY | | | | 0.00 |
| Account No. **0281831588** <br><br> **GMAC MORTGAGE** <br> **PO BOX 79135** <br> **PHOENIX, AZ 85062** | C | | POSSIBLE BALANCE OWED FOR 2ND DEED OF TRUST ON NOW FORECLOSED PROPERTY LOCATED AT 7314 EAST VALLEY VISTA DRIVE, SCOTTSDALE, AZ | X | | | 120,000.00 |
| Account No. **1002771145075** <br><br> **GOLD CANYON SEWER CORP** <br> **12725 WEST INDIAN SCHOOL ROAD** <br> **SUITE D101** <br> **AVONDALE, AZ 85392** | C | | SERVICE | | | | 274.94 |

Sheet no. **3** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**155,454.94**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **RICHARD ALAN SILVA,**　　　　　　　　　　　　　Case No. _____
　　　　**JACQUELINE MROZ SILVA**

_____,
　　　　　　　　　　　　　　　　Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **HSBC BANK/WELLS FARGO** <br> **3476 STATEVIEW BLVD** <br> **FORT MILLS, SC 29715** | C | | NONE-FOR INFO ONLY | | | | 0.00 |
| Account No. 00447022172897 <br><br> **JP MORGAN CHASE** <br> **P O BOX 78035** <br> **PHOENIX, AZ 85062** | C | | BALANCE AFTER SHORT SALE OF 15819 S 27TH PLACE | | | | 145,000.00 |
| Account No. <br><br> **MORTGAGE ELECTRONIC REGISTRATION** <br> **8742 LUNCENT BLVD** <br> **SUITE 300** <br> **HIGHLANDS RANCH, CO 80129** | C | | NONE-FOR INFO ONLY | | | | 0.00 |
| Account No. <br><br> **ORLANDO LUGO** <br> **3061 SOUTH DATE STREET** <br> **MESA, AZ 85210** | C | | NONE-FOR INFO ONLY | | | | 0.00 |
| Account No. <br><br> **QUALITY LOAN SERVICE** <br> **2141 5TH AVENUE** <br> **SAN DIEGO, CA 92101** | C | | NONE-FOR INFO ONLY | | | | 0.00 |

Sheet no. __4__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　**145,000.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　　　　　　　Best Case Bankruptcy

In re   **RICHARD ALAN SILVA,**
     **JACQUELINE MROZ SILVA**
                           Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1002667293** <br><br> **SPECIALIZED LOAN SERVICING** <br> **P O BOX 105219** <br> **ATLANTA, GA 30348** | C | | **BALANCE ON 2ND AFTER TRUSTEE SALE BY 1ST LIENHOLDER ON 4105 W WETHERSFIELD** | | | | 47,600.00 |
| Account No. <br><br> **WASHINGTON MUTUAL** <br> **7301 BAY MEADOWS WAY** <br> **JACKSONVILLE, FL 32256** | C | | **NONE - LISTED FOR INFORMATION ONLY** | | | | 0.00 |
| Account No. **5474 6488 0187 9364** <br><br> **WELLS FARGO** <br> **P O BOX 54349** <br> **LOS ANGELES, CA 90054** | C | | **CREDIT CARD** | | | | 31,377.00 |
| Account No. **4856 2002 2069 8594** <br><br> **WELLS FARGO** <br> **P O BOX 54349** <br> **LOS ANGELES, CA 90054** | C | | **CREDIT CARD** | | | | 10,943.00 |
| Account No. **4856 2002 2069 8586** <br><br> **WELLS FARGO** <br> **P O BOX 54349** <br> **LOS ANGELES, CA 90054** | C | | **CREDIT CARD** | | | | 27,168.00 |

Sheet no. __5___ of __6___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

117,088.00

In re   **RICHARD ALAN SILVA,**
    **JACQUELINE MROZ SILVA**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **40390536** <br><br> **WELLS FARGO** <br> **% BUREAU OF COLLECTION RECOVERY** <br> **7575 CORPORATE WAY** <br> **EDEN PRAIRIE, MN 55344** | C | | **OVERDRAFT** | | | | **704.92** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. **6** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | **704.92** |
| | Total <br> (Report on Summary of Schedules) | **555,812.24** |

In re   **RICHARD ALAN SILVA,**
      **JACQUELINE MROZ SILVA**

Case No. _____

                                   Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**

\_\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **RICHARD ALAN SILVA,**
       **JACQUELINE MROZ SILVA**

Case No. _____

_____,
                 Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **RICHARD ALAN SILVA**
**JACQUELINE MROZ SILVA**
_____  Case No. _____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**DAUGHTER** | AGE(S):<br>**5** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **ENTERTAINER** | **ENTERTAINER / REALTOR** |
| Name of Employer | **SELF-EMPLOYED** | **SELF-EMPLOYED** |
| How long employed | **27 YEARS** | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
|    b. Insurance | $ | 0.00 | $ | 0.00 |
|    c. Union dues | $ | 0.00 | $ | 0.00 |
|    d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance | | | | |
| (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income | | | | |
| (Specify): **DRAWS FROM COLORADO CONNECTION** | $ | 1,121.07 | $ | 1,121.07 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 1,121.07 | $ | 1,121.07 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 1,121.07 | $ | 1,121.07 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | 2,242.14 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**DEBTORS ARE NEGOTIATING WITH 2ND LIENHOLDER TO SEE IF LIEN HOLDER WILL DISCOUNT THE MORTGAGE AND TAKE A TOKEN CASH SETTLEMENT AND THEN RELEASE THE LIEN**

In re    **RICHARD ALAN SILVA**
       **JACQUELINE MROZ SILVA**          Case No. _____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,786.42 |
|     a. Are real estate taxes included?     Yes **X**    No ___ | | |
|     b. Is property insurance included?     Yes **X**    No ___ | | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 280.00 |
|               b. Water and sewer | $ | 150.00 |
|               c. Telephone | $ | 50.00 |
|               d. Other   **See Detailed Expense Attachment** | $ | 152.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 75.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 150.00 |
| 8. Transportation (not including car payments) | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|               a. Homeowner's or renter's | $ | 0.00 |
|               b. Life | $ | 104.00 |
|               c. Health | $ | 275.00 |
|               d. Auto | $ | 205.00 |
|               e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|       (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|               a. Auto | $ | 0.00 |
|               b. Other | $ | 0.00 |
|               c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
|     Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,227.42 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    **NONE**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 2,242.14 |
| b.   Average monthly expenses from Line 18 above | $ | 5,227.42 |
| c.   Monthly net income (a. minus b.) | $ | -2,985.28 |

In re    **RICHARD ALAN SILVA**
        **JACQUELINE MROZ SILVA**                 Case No. _____
                         Debtor(s)

## <u>SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)</u>
### Detailed Expense Attachment

**<u>Other Utility Expenditures:</u>**

| | | |
|---|---|---:|
| **CELLULAR PHONE** | $ | **55.00** |
| **INTERNET** | $ | **60.00** |
| **HOME SECURITY - ADT** | $ | **37.00** |
| **Total Other Utility Expenditures** | $ | **152.00** |

# United States Bankruptcy Court
## District of Arizona

In re    **RICHARD ALAN SILVA**
      **JACQUELINE MROZ SILVA**                 Case No. _____
                            Debtor(s)       Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**27**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 25, 2008**             Signature    **/s/ RICHARD ALAN SILVA**
                                               **RICHARD ALAN SILVA**
                                               Debtor

Date   **August 25, 2008**             Signature    **/s/ JACQUELINE MROZ SILVA**
                                               **JACQUELINE MROZ SILVA**
                                               Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Arizona

In re    **RICHARD ALAN SILVA**
       **JACQUELINE MROZ SILVA**
                                    Debtor(s)

Case No. _____
Chapter   **7**  _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $9,433.90 | 2008 - HUSBAND'S ESTIMATED DRAWS FROM BUSINESS |
| $9,433.90 | 2008-WIFE'S ESTIMATED DRAWS FROM BUSINESS |
| $26,528.00 | 2007 - ADJUSTED GROSS INCOME - JOINT |
| $13,053.00 | 2006 - ADJUSTED GROSS INCOME - JOINT |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $11,500.00 | 2008 - EARLY WITHDRAWL FROM IRA |
| $27,000.00 | 2007-EARLY WITHDRAWAL FROM IRA |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **SILVA vs LANG CASE NO. CC-08-070967** | **FORCIBLE ENTRY & DETAINER** | **MCDOWELL MOUNTAIN JUSTICE COURT; MARICOPA COUNTY; STATE OF ARIZONA** | **JUDGMENT ENTERED APRIL 15, 2008** |
| **SILVA vs MARTINEZ CASE NO. 07-134949** | **FORCIBLE ENTRY & DETAINER** | **SAN MARCOX JUSTICE COURT; MARICOPA COUNTY; STATE OF ARIZONA** | **JUDGMENT ENTERED JULY 2007** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **SILVA vs GUITERREZ CASE NO. CC-07-011017** | **FORCIBLE ENTRY & DETAINER** | **NORTH VALLEY JUSTICE COURT; MARICOPA COUNTY; STATE OF ARIZONA** | **JUDGMENT ENTERED JANUARY 2007** |
| **SILVA vs CARRIER CASE NO. CC-08-046704** | **FORCIBLE ENTRY & DETAINER** | **MOON VALLEY JUSTICE COURT; MARICOPA COUNTY; STATE OF ARIZONA** | **JUDGMENT ENTERED 3-11-08** |
| **SILVA vs KIRK CASE NO. CC-07-167029** | **FORCIBLE ENTRY & DETAINER** | **MOON VALLEY JUSTICE COURT; MARICOPA COUNTY; STATE OF ARIZONA** | **JUDGMENT ENTERED 9-4-07** |
| **NATIONAL CREDIT UNION vs SILVA CASE NO. 08-3195 CA** | **JUDICIAL FORECLOSURE** | **CIRCUIT COURT, 20TH CIRCUIT; CHARLOTTE COUNTY, FLORIDA** | **PENDING** |
| **NATIONAL CREDIT UNION vs SILVA CASE NO. 08-3194 CA** | **JUDICIAL FORECLOSURE** | **CIRCUIT COURT, 20TH CIRCUIT, CHARLOTTE COUNTY, FLORIDA** | **PENDING** |
| **SILVA v. GARCIA CC200808337** | **FORCIBLE ENTRY/DETAINER** | **SAN TAN JUSTICE COURT** | **JUDGMENT ENTERED APRIL, 2008** |
| **BRIARWOOD II HOA v. VALV87 LLC et al CV2008-017428** | **BREACH OF CONTRACT** | **SUPERIOR COURT, MARICOPA COUNTY** | **PENDING** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **MORTGAGE ELECTRONIC REGISTRATION 8742 LUNCENT BLVD #300 HIGHLANDS RANCH, CO 80129** | **JUNE 12, 2008** | **FORECLOSED PROPERTY LOCATED AT 4105 W WETHERSFIELD RD, PHOENIX; FMV $209,000.00** |
| **CONCORD MORTGAGE COMPANY 2780 LAKE VISTA DRIVE LEWISVILLE, TX 75067** | **APRIL 30, 2008** | **FORECLOSED PROPERTY LOCATED AT 8896 E SHOOTING STAR DRIVE, GOLD CANYON, AZ; FMV $170,000.00** |
| **AURORA LOAN SERVICES PO BOX 78111 85062** | **JULY, 2008** | **TRUSTEE SALE OF PROPERTY LOCATED AT 6308 NORTH 87TH STREET, SCOTTSDALE, AZ FMV $297,000.00** |
| **ASC WELLS FARGO 3476 STATEVIEW BLVD FT MILL, SC 29715** | **AUGUST 11, 2008** | **TRUSTEE SALE OF PROPERTY LOCATED AT 7314 EAST VALLEY VISTA DRIVE, SCOTTSDALE, AZ FMV:$450,000.00** |

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ☐    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **NVC SPIRITUAL GROWTH CENTER 9659 N HAYDEN RD SCOTTSDALE, AZ 85258** | **NONE** | **OVER LAST YEAR** | **$2907.50 CONTRIBUTIONS** |
| **BOTA 5101 N FIGUEROA ST LOS ANGELES, CA 90042** | **NONE** | **OVER LAST YEAR** | **$150.00 CONTRIBUTIONS** |

**8. Losses**

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **ALLAN D. NEWDELMAN, P.C. 80 EAST COLUMBUS AVENUE PHOENIX, AZ 85012** | **MARCH 2008** | **$2,500.00 LEGAL FEES $299.00 FILING FEE** |
| **SPRINGBOARD COUNSELING** | **MARCH 2008** | **$55.00** |

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **MT MOHAWK LLC**<br><br>**DEBTOR IS 50% MEMBER** | **APRIL 2007** | **TRANSFERRED TITLE TO 1) 4432 W. MERCER, GLENDALE, AZ.; 2) 422 W. MOHAWK, PHOENIX, AZ.; AND 3) 3302 W. TUCKEY, PHOENIX, AZ. FOR NO CONSIDERATION. THE LLC HAS SOLD 4432 W. MERCER TO ROD LEASURE AND SCOTT TEERNIK FOR NO MONEY. PURCHASERS ARE SERVICING THE LOANS.** |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **AWBR LLC**<br><br>    **DEBTOR IS 50% MEMBER** | **APRIL 2007** | **TRANSFERRED TITLE TO 1) 4635 E. BRIARWOOD TERRACE, PHOENIX, AZ; AND 2) 15819 S. 27TH PLACE, AHWATUKEE, AZ. FOR NO CONSIDERATION; BRIARWOOD IS SUBJECT TO AN AGREEMENT OF SALE** |
| **GOLD LP MESA LLC**<br><br>    **DEBTOR IS 50% MEMBER** | **APRIL 2007** | **TRANSFERRED TITLE TO 1) 3135 S. VINEYARD, MESA, AZ; 2) 15215 N. LA PAZ COURT, PHOENIX, AZ; 3) 4105 W. WETHERSFIELD, PHOENIX, AZ.; AND 4) 8896 E. SHOOTING STAR DR, GOLD CANYON, AZ; TO THE LLC FOR NO CONSIDERATION. 15215 NORTH LA PAZ IS SUBJECT TO AN AGREEMENT OF SALE. THERE MAY BE SOME EQUITY IN THE VINEYARD PROPERTY.** |
| **VALV87 LLC**<br><br>    **DEBTOR IS 50% MEMBER** | **APRIL 2007** | **TRANSFERRED TITLE TO 1) 7314 E. VALLEY VISTA, SCOTTSDALE, AZ; AND 2) 6308 NORTH 87TH ST, SCOTTSDALE, AZ. FOR NO CONSIDERATION** |
| **JP MORGAN CHASE BANK**<br><br>    **NONE** | **OCTOBER 2006** | **TOOK OUT A $150,000 LINE OF CREDIT GIVING A 2ND POSITION DEED OF TRUST AGAINST 15819 S. 27TH PLACE, AHWATUKEE, AZ. PAID OFF EXISTING 2ND MORTGAGE AND CASHED OUT $78,000 TO PAY CREDIT CARDS** |
| **WASHINGTON MUTUAL**<br><br>    **NONE** | **OCTOBER 2006** | **REFINANCED EXISTING 1ST MORTGAGE ON 15819 S 27TH PLACE, AHWATUKEE, AZ AND GAVE A NEW 1ST POSITION DEED OF TRUST** |
| **STERLING BANK**<br><br>    **NONE** | **DECEMBER 2006** | **REFINANCED 6308 N. 87TH STREET, SCOTTSDALE AND GAVE A 1ST & 2ND POSITION DEED OF TRUST FOR $242,900.00 AND $69,400.00; TOOK OUT OF APPROX $30,000 AND USED TO PAY BACK CREDIT CARDS** |
| **GREENPOINT**<br>**981 AIRWAY COURT, #E**<br>**SANTA ROSA, CA 95403**<br>    **NONE** | **NOVEMBER 2006** | **REFINANCED PROPERTY LOCATED AT 4635 E. BRIARWOOD TERRACE, PHOENIX AND GAVE A 1ST AND 2ND DEED OF TRUST FOR $260,000 AND $32,500.00 - NO CASH OUT** |
| **SILVA LIVING TRUST**<br><br>    **REVOCABLE LIVING TRUST** | **OCTOBER 2006** | **TRANSFERRED TITLE TO 6820 E. FRIESS DRIVE, SCOTTSDALE, AZ** |
| **DDNK INVESTMENTS**<br>**P O BOX 26085**<br>**SCOTTSDALE, AZ 85255**<br>    **NONE** | **NOVEMBER 2006** | **A $30,000.00 DEED OF TRUST WAS ISSUES TO ALLOW CASH OUT FOR THE DECEMBER 2006 REFINANCE** |
| **GLEN PLANTONE**<br>**LAS VEGAS, NV**<br>    **NONE** | **JULY 23, 2008** | **SOLD LOT #110 IN PARRITA PUNTARENAS, COSTA RICA; REG #6-02113730-000 FOR $5000.00** |
| **BRAD VICIC**<br>**8486 E CHAPPARELL ROAD**<br>**SCOTTSDALE, AZ**<br>    **NONE** | **JUNE 27, 2008** | **SOLD PROPERTY LOCATED AT 15819 S 27TH PLACE, AHWATUKEE, AZ.; SALES PRICE WAS $287,000.00 (SHORT SALE); NO FUNDS TO DEBTORS** |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **ORLANDO LUGO** <br> **3061 S DATE** <br> **MESA, AZ 85210** <br>   **NONE** | **MAY 30, 2008** | **DEBTOR'S LLC (GOLD CP MESA LLC) ISSUED A QUIT CLAIM DEED ON MAY 30, 2008 TO MR. LUGO TRANSFERRING BACK TO HIM PROPERTY LOCATED AT 3135 S. VINEYARD, MESA, AZ. NO FUNDS PAID, HOWEVER HOME WAS/IS SUBJECT TO A DEED OF TRUST THAT EXCEEDS VALUE OF THE HOME; MR. LUGO IS RESPONSIBLE FOR PAYMENT UNDER THAT DEED OF TRUST** |
| **BAW HOLDINGS LLC** <br><br>   **NONE** | **JUNE 2, 2008** | **SOLD PROPERTY LOCATED AT 422 W. MOHAWK LANE, PHOENIX, AZ; SALES PRICE WAS $130,000 (SHORT SALE); NO FUNDS TO DEBTORS** |
| **5 TIGERS TOWING** <br> **PHOENIX, AZ** <br>   **NONE** | **JUNE 7, 2008** | **SOLD A 1997 DODGE CARAVAN FOR $1000.00; SOLD A 1991 MITSUBISHI ECLIPSE FOR $200.00 (FOR SCRAP)** |

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **M&I BANK** | **SAVINGS ACCOUNT NO. 0040871325; FINAL BALANCE $2502.88** | **CLOSED FEBRUARY 2008; USED TO PAY LIVING EXPENSES AND LEGAL FEES** |
| **WELLS FARGO** | **CHECKING ACCOUNT NO. 7050; NEGATIVE BALANCE** | **CLOSED BY THE BANK IN APRIL 2008** |
| **BANK OF AMERICA** | **SAVINGS ACCT ENDING 2949-CLOSED BY THE BANK** | **UNKNOWN DATE OF CLOSING** |

### 12. Safe deposit boxes

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **GOLD LP MESA LLC** | 20-5944144 | **6820 EAST FRIESS DRIVE SCOTTSDALE, AZ 85254** | **HOLDING COMPANY** | **NOVEMBER 2006 TO PRESENT** |
| **VALV87 LLC** | 20-5944420 | **6820 EAST FRIESS DRIVE SCOTTSDALE, AZ 85254** | **HOLDING COMPANY** | **NOVEMBER 2006 TO PRESENT** |
| **MT MOHAWK LLC** | 20-5854684 | **6820 EAST FRIESS DRIVE SCOTTSDALE, AZ 85254** | **HOLDING COMPANY** | **SEPTEMBER 2006 TO PRESENT** |
| **GOLDEN KEY RESOURCES INC** | 20-3165057 | **6820 EAST FRIESS DRIVE SCOTTSDALE, AZ 85254** | **PROPERTY MANAGEMENT** | **JULY 2005 TO PRESENT** |
| **COLORADO CONNECTION ENTERTAINMENT LLC** | 20-2351982 | **6820 EAST FRIESS DRIVE SCOTTSDALE, AZ 85254** | **ENTERTAINMENT** | **DECEMBER 2004 TO PRESENT** |
| **AWBR LLC** | 20-5944244 | **6820 EAST FRIESS DRIVE SCOTTSDALE, AZ 85254** | **HOLDING COMPANY** | **NOVEMBER 2006 TO PRESENT** |
| **AZ EQUITY BUILDERS LLC** | 26-2904132 | **N/A** | **DEBT ELIMINATION- JUST FORMED-NO ACTIVITY AS OF THE PETITION DATE.** | **JULY, 2008** |

None
■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **(1) KINGMAN WINSLOW** | **CORPORATE 2005, 2006 AND 2007;** |
| **2355 E. CAMELBACK RD, SUITE #440** | **PERSONAL 2006 AND 2007** |
| **PHOENIX, AZ 85016** | |
| **(2) BILL WATKINS** | **PERSONAL 2004** |
| **RETIRED** | |
| **(3) BOB NIKOLEY** | **PERSONAL 2005** |
| **BOSS SERVICES** | |
| **3225 MCLEOD, #100** | |
| **LAS VEGAS, NV 89121** | |
| **(4) MARY BEDIENT** | **PERSONAL 2000 THRU 2003** |
| **8730 E. DEVONSHIRE** | |
| **SCOTTSDALE, AZ 85251** | |

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **JACQUIE SILVA** | **6820 E FRIESS DR** |
| | **SCOTTSDALE, AZ 85254** |

None
■
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   __**August 25, 2008**_____      Signature   __**/s/ RICHARD ALAN SILVA**_____
                                                                   **RICHARD ALAN SILVA**
                                                                   Debtor

Date   __**August 25, 2008**_____      Signature   __**/s/ JACQUELINE MROZ SILVA**_____
                                                                     **JACQUELINE MROZ SILVA**
                                                                   Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Arizona

In re    **RICHARD ALAN SILVA**
       **JACQUELINE MROZ SILVA**
                                 Debtor(s)
     Case No. _____
     Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■    I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐    I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■    I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|:---:|---|---|---|
| **HOUSE #6**<br>**located at: 3302 W. TUCKEY LANE,**<br>**PHOENIX, AZ** | **AURORA LOAN**<br>**SERVICE** | X | | | |
| **HOUSE #4**<br>**located at: 4635 E. BRIARWOOD**<br>**TERRACE, PHOENIX, AZ.**<br>**EQUITABLE TITE/ UNDER AGREEMENT**<br>**OF SALE BETWEEN LLC & "BUYER"**<br>**FOR AMOUNT OF DEBT SERVICE** | **AURORA LOAN**<br>**SERVICING** | X | | | |
| **HOUSE #7**<br>**located at: 4432 WEST MERCER LANE,**<br>**GLENDALE, AZ.**<br>**(DEBTORS ARE NOT ON TITLE AS LLC**<br>**GAVE A WARRANTY DEED TO NEW**<br>**OWNER BUT NEW OWNERS TOOK**<br>**OVER EXISTING MORTGAGE)** | **COUNTRYWIDE HOME**<br>**LOANS** | X | | | |
| **HOUSE #7**<br>**located at: 4432 WEST MERCER LANE,**<br>**GLENDALE, AZ.**<br>**(DEBTORS ARE NOT ON TITLE AS LLC**<br>**GAVE A WARRANTY DEED TO NEW**<br>**OWNER BUT NEW OWNERS TOOK**<br>**OVER EXISTING MORTGAGE)** | **COUNTRYWIDE HOME**<br>**LOANS** | X | | | |
| **HOUSE #5**<br>**located at: 15215 N. LA PAZ COURT,**<br>**PHOENIX, AZ.**<br>**SUBJECT TO AGREEMENT OF SALE**<br>**BETWEEN THE LLC AND BUYER** | **EMC MORTGAGE** | X | | | |
| **HOUSE #5**<br>**located at: 15215 N. LA PAZ COURT,**<br>**PHOENIX, AZ.**<br>**SUBJECT TO AGREEMENT OF SALE**<br>**BETWEEN THE LLC AND BUYER** | **EMC MORTGAGE** | X | | | |
| **HOUSE #4**<br>**located at: 4635 E. BRIARWOOD**<br>**TERRACE, PHOENIX, AZ.**<br>**EQUITABLE TITE/ UNDER AGREEMENT**<br>**OF SALE BETWEEN LLC & "BUYER"**<br>**FOR AMOUNT OF DEBT SERVICE** | **GREEN POINT** | X | | | |

In re   **RICHARD ALAN SILVA**
      **JACQUELINE MROZ SILVA**               Case No.  _____

                     Debtor(s)

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

(Continuation Sheet)

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **HOUSE #2 located at:  27059 GREEN GULF BLVD, PUNTA GORDA, FL. 33955** | **NATIONAL CREDIT UNION** | **X** | | | |
| **HOUSE #3 located at:  28071 CRESTWOOD DRIVE, PUNTA GORDA, FL 33955** | **NATIONAL CREDIT UNION** | **X** | | | |
| **RESIDENCE LOCATED AT 6820 EAST FRIESS DRIVE, SCOTTSDALE, AZ- EQUITABLE OWNER AS TITLE IS HELD BY REVOCABLE FAMILY TRUST- VALUE LISTED IS "ON A GOOD DAY".** | **COUNTRYWIDE HOME LOANS** | **Debtor will retain collateral and continue to make regular payments.** | | | |
| **RESIDENCE LOCATED AT 6820 EAST FRIESS DRIVE, SCOTTSDALE, AZ- EQUITABLE OWNER AS TITLE IS HELD BY REVOCABLE FAMILY TRUST- VALUE LISTED IS "ON A GOOD DAY".** | **WELLS FARGO** | **Debtor will retain collateral and continue to make regular payments.** | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date   **August 25, 2008**         Signature   **/s/ RICHARD ALAN SILVA**
                                         **RICHARD ALAN SILVA**
                                       Debtor

Date   **August 25, 2008**         Signature   **/s/ JACQUELINE MROZ SILVA**
                                         **JACQUELINE MROZ SILVA**
                                       Joint Debtor

# United States Bankruptcy Court
### District of Arizona

In re  **RICHARD ALAN SILVA**
**JACQUELINE MROZ SILVA**

Case No. _____

                   Debtor(s)

Chapter    **7**

# DECLARATION

We, **RICHARD ALAN SILVA and JACQUELINE MROZ SILVA** , do hereby certify, under penalty of perjury, that the Master

Mailing List, consisting of __6__ sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date: **August 25, 2008**           **/s/ RICHARD ALAN SILVA**
                                **RICHARD ALAN SILVA**
                                Signature of Debtor

Date: **August 25, 2008**           **/s/ JACQUELINE MROZ SILVA**
                                  **JACQUELINE MROZ SILVA**
                                Signature of Debtor

Date: **August 25, 2008**           **/s/ ALLAN D. NEWDELMAN**
                                Signature of Attorney
                                **ALLAN D. NEWDELMAN**
                                **ALLAN D. NEWDELMAN, P.C.**
                                **80 EAST COLUMBUS AVENUE**
                                **PHOENIX, AZ 85012**
                                **602-264-4550  Fax: 602-277-0144**

MML-5

SILVA, RICHARD and JACQUELINE -

AAA VISA
P O BOX 15726
WILMINGTON DE 19886


ARIZONA DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
1600 WEST MONROE 7TH FLOOR
PHOENIX AZ 85007


ARON & ASSOC
1615 EAST FORT LOWELL ROAD
TUCSON AZ 85719-2320


AURORA
PO BOX 78111
PHOENIX AZ 85062


AURORA
10350 PARK MEADOWS DRIVE
LITTLETON CO 80124


AURORA
327 SOUTH INVERNESS DRIVE
ENGELWOOD CO 80112


AURORA LOAN SERVICE
P O BOX 1706
SCOTTSBLUFF NE 69363


AURORA LOAN SERVICES
PO BOX 1706
SCOTTSBLUFF NE 69363-1706


BANK OF AMERICA
P O BOX 15710
WILMINGTON DE 19886


BANK OF AMERICA
P O BOX 15710
WILMINGTON DE 19886


BANK OF AMERICA
P O BOX 15710
WILMINGTON DE 19886

SILVA, RICHARD and JACQUELINE -


BANK OF AMERICA
P O BOX 30750
LOS ANGELES CA 90030


BANK OF AMERICA
P O BOX 798
WITCHITA KS 67201


BANK OF AMERICA - WORLD POINTS
P O BOX 15726
WILMINGTON DE 19886


BRIARWOOD II HOA
% MATT KEARNS
7338 E ROSE LANE
SCOTTSDALE AZ 85250


BRIARWOOD II HOA
PO BOX 5107
SCOTTSDALE AZ 85261


CARPENTER HAZELWOOD ET AL
1400 EAST SOUTHERN AVENUE
SUITE 400
TEMPE AZ 85282


CITIBANK
2780 LAKE VISTA DRIVE
LEWISVILLE TX 75067


CITICARDS
PO BOX 6077
SIOUX FALLS SD 57117-6077


CITICARDS MASTERCARD
P O BOX 6409
THE LAKES NV 88901


CITICARDS MASTERCARD
P O BOX 6408
THE LAKES NV 88901

SILVA, RICHARD and JACQUELINE -


CITY OF SCOTTSDALE
7447 EAST INDIAN SCHOOL ROAD
SUITE 110
SCOTTSDALE AZ 85252


CONCORD MORTGAGE COMPANY
2780 LAKE VISTA DRIVE
LEWISVILLE TX 75067


COUNTRYWIDE
7105 CORPORATE DRIVE
PLANO TX 75024-4100


COUNTRYWIDE HOME LOANS
PO BOX 650070
DALLAS TX 75265-0070


COUNTRYWIDE HOME LOANS
PO BOX 650070
DALLAS TX 75265-0070


DISCOVER
P O BOX 30395
SALT LAKE CITY UT 84130


DISCOVER
P O BOX 3008
NEW ALBANY OH 43054


EMC MORTGAGE
P O BOX 293150
LEWISVILLE TX 75029


EMC MORTGAGE
P O BOX 293150
LEWISVILLE TX 75029


FIA CARD SERVICES
P O BOX 22021
GREENSBORO NC 27420


FOOTHILLS GATEWAY
P O BOX 63573
PHOENIX AZ 85082

SILVA, RICHARD and JACQUELINE -


FREDERICK HANNA & ASSOC
1427 ROSWELL RD
MARIETTA GA 30062


GMAC MORTGAGE
PO BOX 79135
PHOENIX AZ 85062


GOLD CANYON SEWER CORP
12725 WEST INDIAN SCHOOL ROAD
SUITE D101
AVONDALE AZ 85392


GREEN POINT
981 AIRWAY COURT
SUITE E
SANTA ROSA CA 95403


GREEN POINT
P O BOX 79363
CITY OF INDUSTRY CA 91716


GREEN POINT
PO BOX 84013
COLUMBUS GA 31908-4013


HSBC BANK/WELLS FARGO
3476 STATEVIEW BLVD
FORT MILLS SC 29715


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326


JP MORGAN CHASE
P O BOX 78035
PHOENIX AZ 85062


MERS/AURORA
601 5TH AVENUE
SCOTTSBLUFF NE 69363-1706

SILVA, RICHARD and JACQUELINE -


MIKO GUNDERSON ESQ
18401 MURDOCK CIRCLE
POST CHARLOTTE FL 33948


MORTGAGE ELECTRONIC REGISTRATION
8742 LUNCENT BLVD
SUITE 300
HIGHLANDS RANCH CO 80129


NATIONAL CREDIT UNION
P O BOX 979047
ST LOUIS MO 63197


NATIONAL CREDIT UNION
P O BOX 979047
ST LOUIS MO 63197


NATIONAL CREDIT UNION
4807 SPICEWOOD SPRINGS RD
SUITE 5100
AUSTIN TX 78759


NATIONAL ENTERPRISE SYSTEMS
29125 SOLON ROAD
SOLON OH 44139-3442


NATIONAL FINANCIAL SYSTEMS
PO BOX 9046
HICKSVILLE NY 11802-9046


ORLANDO LUGO
3061 SOUTH DATE STREET
MESA AZ 85210


QUALITY LOAN SERVICE
2141 5TH AVENUE
SAN DIEGO CA 92101


SPECIALIZED LOAN SERVICING
P O BOX 105219
ATLANTA GA 30348

SILVA, RICHARD and JACQUELINE -


VAN RU CREDIT CORP
1350 EAST TOUHY AVENUE
SUITE 100E
DES PLAINES IL 60018-3307


WASHINGTON MUTUAL
7301 BAY MEADOWS WAY
JACKSONVILLE FL 32256


WELLS FARGO
MAC N9777-112B
P O BOX 5169
SIOUX FALLS SD 57117


WELLS FARGO
P O BOX 54349
LOS ANGELES CA 90054


WELLS FARGO
P O BOX 54349
LOS ANGELES CA 90054


WELLS FARGO
% BUREAU OF COLLECTION RECOVERY
7575 CORPORATE WAY
EDEN PRAIRIE MN 55344


WELLS FARGO
PO BOX 54180
LOS ANGELES CA 90054-0180

| In re | RICHARD ALAN SILVA |
|---|---|
| | JACQUELINE MROZ SILVA |
| | Debtor(s) |
| Case Number: | |
| | (If known) |

According to the calculations required by this statement:

☐ **The presumption arises.**

■ **The presumption does not arise.**

(Check the box as directed in Parts I, III, and VI of this statement.)

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

## Part I. EXCLUSION FOR DISABLED VETERANS AND NON-CONSUMER DEBTORS

| 1A | If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. |
|---|---|
| | ☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement. |
| | ☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ■ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** |
|---|---|

| | | Column A<br>Debtor's<br>Income | Column B<br>Spouse's<br>Income |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ 0.00 | $ 0.00 |

| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | |
|---|---|---|---|

| | | Debtor | Spouse | | |
|---|---|---|---|---|---|
| a. | Gross receipts | $ 0.00 | $ 0.00 | | |
| b. | Ordinary and necessary business expenses | $ 0.00 | $ 0.00 | | |
| c. | Business income | Subtract Line b from Line a | | $ 0.00 | $ 0.00 |

| 5 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | |
|---|---|---|---|

| | | Debtor | Spouse | | |
|---|---|---|---|---|---|
| a. | Gross receipts | $ 0.00 | $ 0.00 | | |
| b. | Ordinary and necessary operating expenses | $ 0.00 | $ 0.00 | | |
| c. | Rent and other real property income | Subtract Line b from Line a | | $ 0.00 | $ 0.00 |

| 6 | **Interest, dividends, and royalties.** | $ 0.00 | $ 0.00 |
|---|---|---|---|
| 7 | **Pension and retirement income.** | $ 0.00 | $ 0.00 |

| 8 | Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose. Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ 0.00 | $ 0.00 |
|---|---|---|---|

| 9 | Unemployment compensation. Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: <br><br> Unemployment compensation claimed to be a benefit under the Social Security Act  Debtor $ 0.00  Spouse $ 0.00 | $ 0.00 | $ 0.00 |
|---|---|---|---|

**10** Income from all other sources. Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.

| | | Debtor | Spouse | | |
|---|---|---|---|---|---|
| a. | DRAWS FROM CORP | $ 1,121.07 | $ 1,121.07 | | |
| b. | EARLY WITHDRAWAL FROM IRA | $ 1,916.60 | $ 0.00 | | |

| | Total and enter on Line 10 | $ 3,037.67 | $ 1,121.07 |
|---|---|---|---|

| 11 | Subtotal of Current Monthly Income for § 707(b)(7). Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ 3,037.67 | $ 1,121.07 |
|---|---|---|---|

| 12 | Total Current Monthly Income for § 707(b)(7). If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ 4,158.74 |
|---|---|---|

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | Annualized Current Monthly Income for § 707(b)(7). Multiply the amount from Line 12 by the number 12 and enter the result. | $ 49,904.88 |
|---|---|---|

| 14 | Applicable median family income. Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br> a. Enter debtor's state of residence:  **AZ**  b. Enter debtor's household size:  **3** | $ 59,782.00 |
|---|---|---|

**15** Application of Section 707(b)(7). Check the applicable box and proceed as directed.

■ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Parts IV, VI and VII; do not complete Part VIII; do not complete Parts IV, V, VI or VII.

□ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement.

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | Enter the amount from Line 12. | $ |
|---|---|---|

**17** Marital adjustment. If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero.

| a. | | $ |
|---|---|---|
| b. | | $ |
| c. | | $ |
| d. | | $ |

| | Total and enter on Line 17 | $ |
|---|---|---|

| 18 | Current monthly income for § 707(b)(2). Subtract Line 17 from Line 16 and enter the result. | $ |
|---|---|---|

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| | | |
|---|---|---|
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B.<br><br>{{TABLE}} | $ |
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.**<br><br>{{TABLE2}} | $ |
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.**<br>You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0   ☐ 1   ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

Table for Line 19B:

| Household members under 65 years of age | | Household members 65 years of age or older | |
|---|---|---|---|
| a1. | Allowance per member | a2. | Allowance per member |
| b1. | Number of members | b2. | Number of members |
| c1. | Subtotal | c2. | Subtotal |

Table for Line 20B:

| | | |
|---|---|---|
| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. |

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1   ☐ 2 or more.<br><br>Enter, in Line a below,  the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | | | |
|---|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $ |
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.**  Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | | | |
| | a. | IRS Transportation Standards, Ownership Costs | $ | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $ |
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | | | $ |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.**  Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | | | $ |
| 27 | **Other Necessary Expenses: life insurance.**  Enter total average monthly premiums that you actually pay for term life insurance for yourself.  **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | | | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.**  Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments.  **Do not include payments on past due obligations included in Line 44.** | | | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.**  Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | | | $ |
| 30 | **Other Necessary Expenses: childcare.**  Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | | | $ |
| 31 | **Other Necessary Expenses: health care.**  Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | | | $ |
| 32 | **Other Necessary Expenses: telecommunication services.**  Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | | | $ |
| 33 | **Total Expenses Allowed under IRS Standards.**  Enter the total of Lines 19 through 32. | | | $ |

| | **Subpart B: Additional Living Expense Deductions**<br><br>**Note: Do not include any expenses that you have listed in Lines 19-32** | |
|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br>| a. | Health Insurance | $ |<br>| b. | Disability Insurance | $ |<br>| c. | Health Savings Account | $ |<br><br>Total and enter on Line 34.<br><br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br><br>$_____ | $ |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

## Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | | | | |
|---|---|---|---|---|---|

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? | |
|---|---|---|---|---|---|
| a. | | | $ | ☐yes ☐no | |
| | | | Total: Add Lines | | $ |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |
|---|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount | |
|---|---|---|---|---|
| a. | | | $ | |
| | | | Total: Add Lines | $ |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |
|---|---|---|

| a. | Projected average monthly Chapter 13 plan payment. | $ | |
|---|---|---|---|
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

## Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |
|---|---|---|

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
|---|---|---|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $10,950** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 through 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |

| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed. |
|---|---|
| | ☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. |
| | ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |

## Part VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|---|---|

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total: Add Lines a, b, c, and d | $ |

## Part VIII. VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* |
|---|---|

Date: **August 25, 2008**          Signature: **/s/ RICHARD ALAN SILVA**

**RICHARD ALAN SILVA**
(Debtor)

Date: **August 25, 2008**          Signature **/s/ JACQUELINE MROZ SILVA**

**JACQUELINE MROZ SILVA**
(Joint Debtor, if any)